No. 810. LARABEE FLOUR MILLS CO. *v.* FIRST NATIONAL BANK OF DUBLIN. May 9, 1933. *Per Curiam:* The motion to bring up the whole record and cause is denied. The certificate is dismissed. *United States* v. *Bailey,* 9 Pet. 267, 272; *Chicago, B. & Q. Ry.* v. *Williams,* 205 U.S. 444, 451–454; *The Folmina,* 212 U.S. 354, 363; *United States* v. *Mayer,* 235 U.S. 55, 66; *Biddle* v. *Luvisch,* 266 U.S. 173, 174, 175; *News Syndicate Co.* v. *New York Central R. Co.,* 275 U.S. 179, 188. *Messrs. W. W. Larsen* and *C. C. Crockett* for Larabee Flour Mills Co. *Messrs. Maynard Ramsey, Kenneth I. McKay, H. E. Hackney, G. P. Barse,* and *J. F. Anderson* for the First National Bank of Dublin.